# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

              Plaintiff,

v.

**JOHN DOMPIERRE, et.al.**

              Defendant.

Case No. 17-CR-03246-MV

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINDER IN
## DEFENDANT, CHANTE BICKHAM'S MOTION FOR SEVERANCE

THIS MATTER having come before the Court upon defendant's Unopposed Motion to Extend Time to File Joinder in Defendant Chante Bickham's Motion for Severance, (Doc. **226**), and the Court being fully advised in the premises, including that the United States does not oppose the requested extension, FINDS that the Motion is granted.

**IT IS THEREFORE ORDERED** that the time for Defendant to file the Joinder is hereby extended to July 22, 2019.

_____
The Honorable **MARTHA VASQUEZ**
United States District Court Judge